# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of A.J., a child.

A.J.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1487
_____

November 5, 2025

Appeal from the Circuit Court for Pinellas County; Kimberly Campbell, Judge.

Keith Peterson of Law Offices of Peterson, P.A., Mulberry, for Appellant.

Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sherea Latrice Randle of Defending Best Interests, Fort Lauderdale, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem.


PER CURIAM.

    Affirmed.

ROTHSTEIN-YOUAKIM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.